In the Matter of WILLIAM BRENNAN, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued September 10, 1954; decided September 10, 1954.

*Daniel Weiss* for appellant.

*Thomas R. Colfer* for respondents.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.